Argued and submitted April 30, affirmed September 12, 2001

STATE OF OREGON,
*Respondent,*

*v.*

TED JOE RUST,
*Appellant.*

99-06-9765C; A107757

31 P3d 1128

Meredith Allen, Deputy Public Defender, argued the cause for appellant. On the brief was David E. Groom, State Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Affirmed. *State v. Johnston*, 176 Or App 418, 31 P3d 1101 (2001).